# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| John Doe et al.,<br>*Plaintiff*<br>v.<br>School Board for Fairfax County Schools et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01541 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 06/04/2026

/s/ Lena F. Masri
*Attorney's signature*


Lena F. Masri VA93291
*Printed name and bar number*

CAIR Legal Defense Fund
453 New Jersey Ave SE
Washington, D.C. 20003
*Address*

ldf@cair.com
*E-mail address*

(202) 742-6420
*Telephone number*

(202) 379-3317
*FAX number*