# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| John Doe et al., *Plaintiff* | ) | |
| v. | ) | Case No. 1:26 cv 01541 |
| School Board for Fairfax County Schools et al., *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 06/04/2026

/s/ Ahmad Kaki
*Attorney's signature*

Ahmad Kaki VA101167
*Printed name and bar number*

CAIR Legal Defense Fund
453 New Jersey Ave SE
Washington, D.C. 20003
*Address*

ldf@cair.com
*E-mail address*

(202) 640-4935
*Telephone number*

(202) 379-3317
*FAX number*