**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JOHN DOE, et al<br><br>*Plaintiffs*,<br><br>v.<br><br>SCHOOL BOARD FOR FAIRFAX COUNTY PUBLIC SCHOOLS, et al<br><br>*Defendants*. | Hon. Judge Anthony J. Trenga<br>Case No. 1:26-cv-01541 |

## MOTION TO SEAL AND CORRECT COMPLAINT

Plaintiffs, by and through undersigned counsel, respectfully move for leave to file a corrected complaint and for the Court to seal or remove the originally filed complaint (Dkt. 1) from the public docket.

In support, Plaintiffs state as follows:

1. On June 4, 2026, Plaintiffs filed their Complaint in this action. *See* Dkt. 1.
2. Plaintiffs are students and minors, filing through their next friends and parents.
3. Plaintiffs filed using pseudonyms and filed an accompanying "Motion to File Complaint Under Pseudonym." *See* Dkt. 6.
4. After filing, Plaintiffs discovered that the Complaint inadvertently contained deanonymized names that should not have appeared in the publicly filed version.
5. Plaintiffs have prepared a corrected Complaint that removes the identifying information and otherwise preserves the allegations and claims asserted in the original pleading. *See* Exhibit A – Corrected Complaint.

6. Plaintiffs respectfully request that the Court permit filing of the corrected Complaint and to either seal or replace the original Complaint on the public docket with the corrected version, or otherwise remove public access to the original Complaint containing the identifying information.
7. This request is made promptly upon discovery of the error and for the purpose of protecting the privacy interests of the affected individuals. Plaintiffs have not commenced service. No party will be prejudiced by the requested relief.

WHEREFORE, Plaintiffs respectfully request that the Court:

(a) grant leave to file the corrected Complaint attached as Exhibit A;

(b) direct the Clerk to remove, seal, restrict access to, or otherwise withdraw from public view the originally filed Complaint containing the identifying information; and

(c) grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: June 4, 2026

Respectfully submitted,

/s/ Lena Masri_____

Lena Masri
Gadeir Abbas*
Ahmad Kaki
Catherine Keck^
John M. Fossum**
CAIR LEGAL DEFENSE FUND
453 New Jersey Ave, SE
Washington, D.C. 20003
Tel: (202) 742-6420
Fax: (202) 488-0833
gabbas@cair.com
*licensed in VA, not in DC
**application for admission pending

^pro hac vice application forthcoming