IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOL BOARD OF FAIRFAX COUNTY PUBLIC SCHOOLS, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-01541 (AJT/IDD) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Seal and Correct Complaint [Dkt. No. 8] ("Motion"). Upon consideration of the Motion, this Court finds that it does not possess sufficient information to issue an Order on this matter. Accordingly, it is hereby

**ORDERED** that the Plaintiffs must provide a redlined version of the Initial Complaint for Civil Rights Violations and Jury Demand [Dkt. No. 8-1] no later than June 8, 2026. This redlined version of the Initial Complaint for Civil Rights Violations and Jury Demand [Dkt. No. 8-1] must clearly indicate the changes, deletions, and additions that were made to the Complaint [Dkt. No. 1] and should be consistent with the request being made in this Motion and Plaintiffs' Motion to File Complaint Under Pseudonym [Dkt. No. 6].

ENTERED this 5th day of June 2026.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia