**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JOHN DOE, et al<br><br>*Plaintiffs*,<br><br>v.<br><br>SCHOOL BOARD FOR FAIRFAX COUNTY PUBLIC SCHOOLS, et al<br><br>*Defendants*. | Case No. 1:26-cv-01551-ATJ-IDD |

## NOTICE OF MOTION TO SEAL

Plaintiffs hereby provide notice that they have filed a Motion to Seal seeking leave to file a redlined version of the Complaint under seal and requesting that the Court seal, remove, restrict access to, or otherwise withdraw from public view the originally filed Complaint and redlined Complaint containing identifying information of minor Plaintiffs and their family members.

Pursuant to Local Civil Rule 5(c), Plaintiff hereby notifies parties and non-parties that they may submit memoranda in support of or in opposition to the motion within sevendays after the filing of the motion. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: June 8, 2026

Respectfully submitted,

/s/ Lena Masri_____

Lena Masri
Gadeir Abbas*
Ahmad Kaki
Catherine Keck^
John M. Fossum**

CAIR LEGAL DEFENSE FUND
453 New Jersey Ave, SE
Washington, D.C. 20003
Tel: (202) 742-6420
Fax: (202) 488-0833
gabbas@cair.com
*licensed in VA, not in DC
**application for admission pending
^pro hac vice application
forthcoming