IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOL BOARD FOR FAIRFAX COUNTY PUBLIC SCHOOLS, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-01541 (AJT/IDD) |

**ORDER**

This matter is before the Court on the following motions: (1) Plaintiffs' Motion to File Complaint Under Pseudonym and Memorandum in Support [Dkt. No. 6] ("Motion to Use Pseudonyms"); (2) Motion to Seal and Correct Complaint [Dkt. No. 8], which this Court interprets as a Motion to Substitute the original Complaint; and (3) Motion to Seal Redlined Complaint [Dkt. No. 11] (collectively "the Motions"). This matter can be resolved without oral argument, as oral argument would not aid the decisional process. Upon consideration of the Motions, Local Civil Rule 5 of this Court, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion to Seal Redlined Complaint [Dkt. No. 11] is **GRANTED**. Plaintiffs' redlined version of the Complaint [Dkt. No. 12] shall remain under seal. It is further

ORDERED that Plaintiffs' Motion to Use Pseudonyms [Dkt. No. 6] is **GRANTED**. It is further

ORDERED that Plaintiffs' Motion to Seal and Correct Complaint [Dkt. No. 8] is

**GRANTED**. Plaintiffs' corrected version of the Initial Complaint for Civil Rights Violations and Jury Demand [Dkt. No. 8-1] shall **REPLACE** the original Complaint [Dkt. No. 1] on the docket and shall be deemed the operative complaint as of the date of this Order.

ENTERED this 8th day of June 2026.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia