# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| John Doe, et al.<br>*Plaintiff*<br>v.<br>Fairfax County School Board, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01541 (AJT/IDD) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Fairfax County School Board, Michelle C. Reid, Michael Mukai, and Elizabeth Fawsett .

Date: 06/25/2026

/s/ Sona Rewari
*Attorney's signature*

Sona Rewari (VSB No. 47327)
*Printed name and bar number*

Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
*Address*

srewari@hunton.com
*E-mail address*

(202) 955-1974
*Telephone number*

(703) 918-4018
*FAX number*