**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOHN DOE, *et al.*,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SCHOOL BOARD FOR FAIRFAX COUNTY PUBLIC SCHOOLS, *et al.*,**<br><br>*Defendants*. | Case No. 1:26-cv-1541<br><br>District Judge Anthony J. Trenga<br>Magistrate Judge Ivan D. Davis |

**PARTIES' JOINT STIPULATION**

On July 26, 2026, Parties met and conferred on Plaintiffs' proposed motion for preliminary injunction against Defendants Fairfax County School Board, Superintendent Michelle C. Reid, Thomas Jefferson High School for Science and Technology ("TJHSST") Principal Michael Mukai, and TJHSST Associate Principal Elizabeth Fawsett (collectively "Defendants"). During that process, Plaintiffs agreed to forgo their motion for preliminary injunction in exchange for the following stipulations:

1. Defendants agree that, for as long as entry of final judgment remains pending in this matter, Defendants will not disclose Plaintiffs' educational records concerning the Plaintiffs' discipline and in-school suspensions that are at issue in this case to any third parties outside of the Fairfax County Public Schools system, including to any college or university that requests Plaintiffs' disciplinary records, unless such disclosure is authorized by the Court in this case or is done in a manner that removes all personally identifiable information

regarding any Plaintiff and de-identifies the records, in accordance with 34 C.F.R. § 99.31(b)(1). If Defendants receive a third-party request for, or compulsory process that would require them to provide, any Plaintiff's disciplinary history or any Plaintiff's personally identifiable disciplinary records at issue in this case, Defendants agree to notify Plaintiffs' counsel and to meet and confer regarding the appropriate response before Defendants respond to the request or compulsory process.

2. Defendants agree they will not issue discipline against any Plaintiff for merely wearing an article of clothing depicting a map of Palestine and/or the Palestine flag, including Plaintiff Coe's "Palestine sweatshirt" worn in the video at issue in this matter.

Parties respectfully notice the Court.

Dated: July 23, 2026

Respectfully submitted,

Counsel for Plaintiffs

/s/ Lena Masri
Lena Masri
Gadeir Abbas*
Ahmad Kaki
Catherine Keck^
John M. Fossum**
**CAIR LEGAL DEFENSE FUND**
453 New Jersey Ave, SE
Washington, D.C. 20003
Tel: (202) 742-6420
Fax: (202) 488-0833
gabbas@cair.com
**licensed in VA, not in DC*
***application for admission pending*
*^pro hac vice application forthcoming*

Counsel for Defendants

*/s/ Sona Rewari*
Sona Rewari (VSB No. 47327)

HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

David Parker (VSB No. 85619)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8718
Facsimile: (804) 788-8218
dparker@hunton.com