**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:26-cv-1541-AJT-IDD |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THEIR MOTION TO DISMISS**

Defendants Fairfax County School Board, Michelle C. Reid, Michael Mukai, and Elizabeth Fawsett, by counsel, respectfully move this Court for an Order staying discovery in this case pending resolution of Defendants' forthcoming motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6). In support of the consent motion, Defendants state as follows:

1. The Court issued an Order on July 24 commencing discovery, but Defendants executed and returned waivers of service on June 10, and their responsive pleadings are not due until August 10.

2. Defendants intend to file a timely motion to dismiss all counts of the complaint. The parties have agreed to set the motion to dismiss for hearing on September 9, 2026.

3. Staying discovery pending resolution of Defendants' motion will promote judicial efficiency and conserve the parties' resources.

4. The stay will not result in any prejudice or hardship to Plaintiffs, who have consented to the relief sought in this motion.

The grounds for this Motion are more fully set forth in the accompanying Brief. A proposed Order is attached.

Dated: July 29, 2026

Respectfully submitted,

/s/ *Sona Rewari*

Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

David Parker (VSB No. 85619)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8718
Facsimile: (804) 788-8218
dparker@hunton.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 29th day of July, 2026, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ *Sona Rewari*
Sona Rewari (VSB No. 47327)