IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE , *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOL BOARD FOR FAIRFAX COUNTY PUBLIC SCHOOLS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-01541 (AJT/IDD) |

**ORDER**

Before the Court is Defendants' Consent Motion to Stay Discovery Pending Resolution of their Motion to Dismiss, [Doc. No. 21] (the "Motion"), upon consideration of which, it is hereby

**ORDERED** that the Motion, be and the same hereby is, **GRANTED** to the extent that discovery is **STAYED** and the Rule 16(b) conference on August 19, 2026 is **CONTINUED**, pending further order of the Court. The Court's scheduling order, [Doc. No. 19], including the discovery deadline of December 11, 2026, and the final pretrial conference on December 17, 2026, remains otherwise in effect.

The Clerk is directed to forward a copy of this Order to all counsel of the record.

July 31, 2026
Alexandria, Virginia

Anthony J. Trenga
United States District Judge