# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:26-cv-01541-AJT-IDD |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants Fairfax County School Board, Dr. Michelle C. Reid, Michael Mukai, and Elizabeth Fawsett, by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move the Court to dismiss the complaint against them for failure to state a claim upon which relief may be granted.  These grounds for the Motion are set forth more fully in the accompanying brief.

Dated:  August 10, 2026

Respectfully submitted,

*/s/  Sona Rewari*
Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
(202) 955-1974
(703) 918-4018 (facsimile)
srewari@hunton.com

David M. Parker (VSB No. 85619)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8718
(804) 788-8218 (facsimile)
dparker@hunton.com

*Counsel for Defendants*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 10th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Sona Rewari
Sona Rewari