**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-01541-AJT-IDD |

# NOTICE OF HEARING

PLEASE TAKE NOTICE that on Wednesday, September 9, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Fairfax County School Board, Dr. Michelle C. Reid, Michael Mukai, and Elizabeth Fawsett, by counsel, will move the Court to grant their Motion to Dismiss the Complaint.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Sona Rewari*
Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
(202) 955-1974
(703) 918-4018 (facsimile)
srewari@hunton.com

David M. Parker (VSB No. 85619)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8718
(804) 788-8218 (facsimile)
dparker@hunton.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Sona Rewari*
Sona Rewari