**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-01541-AJT-IDD |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL**

Pursuant to this Court's June 8, 2026 Order (ECF 15) and Local Civil Rule 5(C), Defendants respectfully seek leave to file under seal Exhibit 1 to their Brief in Support of Their Motion to Dismiss the Complaint, permanently, or until the Court orders it unsealed.

Plaintiffs are four current or former students of the Thomas Jefferson High School for Science and Technology who challenge the school-based discipline they received for filming and posting a video on their school-sponsored club's social media account. Exhibit 1 to Defendants' Motion to Dismiss is a copy of the video in question. The Court has previously entered an Order granting Plaintiff's Motion to File Complaint Under Pseudonym (ECF 15) ("Pseudonym Order"). Defendants seek to file the video under seal in order to ensure compliance with the Pseudonym Order.

WHEREFORE, in order to comply with this Court's Pseudonym Order and Local Civil Rule 5(C), Defendants hereby request that the Court allow them to file Exhibit 1 to their Brief in Support of Their Motion to Dismiss the Complaint under seal, unless and until the Court orders it to be unsealed.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Sona Rewari*
Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
(202) 955-1974
(703) 918-4018 (facsimile)
srewari@hunton.com

David M. Parker (VSB No. 85619)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8718
(804) 788-8218 (facsimile)
dparker@hunton.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Sona Rewari*
Sona Rewari