**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:26-cv-01541-AJT-IDD |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF WAIVER OF HEARING**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Defendants waive oral argument on their Consent Motion for Leave to Submit Electronic Media Under Seal.

Respectfully submitted,

By: /s/ *Sona Rewari*

Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

David M. Parker (VSB No. 85619)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8718
Facsimile: (804) 788-8218
dparker@hunton.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for Plaintiff.

/s/ *Sona Rewari*
Sona Rewari