**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-01541-AJT-IDD |

**ORDER**

This matter came before the Court on Defendants' Motion to File Confidential Material Under Seal [Dkt. No. 28] and Defendant's Consent Motion for Leave to Submit Electronic Media Under Seal [Dkt. No. 31] (collectively "the Motions"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motions and Local Civil Rule 5 of this Court, it is hereby

ORDERED that Defendants' Consent Motion for Leave to Submit Electronic Media Under Seal [Dkt. No. 31] is **GRANTED**. It is further

ORDERED that Defendants' Motion to File Confidential Material Under Seal [Dkt. No. 28] is **DENIED as moot**.

ENTERED this 12th day of August, 2026.

/s/
The Honorable Ivan D. Davis
United States Magistrate Judge