IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOHN DOE , *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-01541 (AJT/IDD) |
| | ) | |
| SCHOOL BOARD FOR FAIRFAX COUNTY PUBLIC SCHOOLS, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The parties are hereby directed to promptly schedule a settlement conference with Magistrate Judge Davis.

/s/
Anthony J. Trenga
United States District Judge

September 15, 2026
Alexandria, Virginia